UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

UNITED STATES OF AMERICA

           Plaintiff,

           Case No. 2:07-CR-0024 (DFL)

v.

ARTEMIOS MANIATIS, DIMITRIOUS
GEORGAKOUDIS, and ATHENIAN
SEA CARRIERS, LTD.,

           Defendant(s).

    I, Brian T. McCarthy, attorney for defendant, ATHENIAN SEA CARRIERS, LTD., hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Chalos, O'Connor & Duffy LLP |
| Address: | 366 Main Street |
| City: | Port Washington |
| State: | New York   ZIP Code: 11050 |
| Voice Phone: | (516) 767-3600 |
| FAX Phone: | (516) 767-3605 |
| Internet E-mail: | bmccarthy@codus-law.com |
| I reside in City: | Long Beach  State: New York |

    I was admitted to practice in the United States District Court for the Southern District of New York on October 21, 2003. I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        John D. Giffin

Firm Name:   Keesal, Young & Logan

Address:     Four Embarcadero Center, Suite 1500

City:        San Francisco

State:       California   ZIP Code: 94111

Voice Phone: (415) 398-6000

FAX Phone:   (415) 981-0136

E-mail:      john.giffin@kyl.com

Dated: January 30, 2007      Petitioner: /s/ Brian Thomas McCarthy

Brian Thomas McCarthy (BM-4808)

**ORDER**

IT IS SO ORDERED.

Dated: 2/5/07

JUDGE, U.S. DISTRICT COURT